IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-CV-00045-F

| | |
|---|---|
| PRIORITY AMBULANCE, LLC, and BRYAN GIBSON, <br> Plaintiffs/Counter Defendants, <br><br> v. <br><br> GARY POIRIER, <br> Defendant/Counter Claimant. | ORDER |

This matter is before the court on Plaintiffs' Motion for Order of Dismissal Without Prejudice of Third and Fourth Claims for Relief [DE-55]. Plaintiffs' motion is filed pursuant to Federal Rule of Civil Procedure 41(a)(2), and they seek an order of dismissal without prejudice of their third and fourth claims for relief only.

Defendant Gary Poirier did not file a response to Plaintiffs' motion, and the time for doing so has passed. Moreover, Plaintiffs have shown good cause for their motion. Accordingly, Plaintiffs' Motion for Order of Dismissal Without Prejudice of Third and Fourth Claims for Relief [DE-55] is ALLOWED. Plaintiff's third and fourth claims for relief are dismissed without prejudice.[1]

SO ORDERED.

This, the 12 day of January, 2017.

*James E. Fox*
JAMES C. FOX
Senior United States District Judge

---

[1] The third claim for relief is tortious interference with contract, and the fourth claim for relief is tortious interference with business expectancies. *See* Compl. [DE-1].